**John C. DUVALL, Appellant,**

**v.**

**Michael P. WILSON, et ux., Respondents.**

**No. WD 77162.**

Missouri Court of Appeals, Western District.

Aug. 26, 2014.

John C. Duvall, Appellant Pro Se.

James P. Emanuel, Jefferson City, MO, for respondents.

Before Division Four: ALOK AHUJA, Chief Judge, Presiding, THOMAS H. NEWTON, Judge and CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM:

John Duvall appeals dismissal of his First Amended Civil Rights Petition in the Circuit Court of Cole County. He raises two points on appeal, asserting the circuit court clearly erred in: (1) dismissing Duvall's Counts 1, 2, and 3 for being beyond

the statute of limitations because the circuit court failed to find the statute of limitations should have been tolled; and (2) dismissing Duvall's Count 9 for failure to state a claim upon which relief may be granted because the circuit court failed to recognize Duvall had a suitable cause of action. We affirm. Rule 84.16(b).